Submitted on remand from the Oregon Supreme Court October 28, 2008, affirmed
March 4, 2009

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

CHRISTOPHER DORIAN MADDOX,
*Defendant-Appellant.*

Multnomah County Circuit Court
020533049; A120902

203 P3d 367

Rebecca A. Duncan, Assistant Chief Defender, Office of Public Defense Services, for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Tiffany Keast, Assistant Attorney General, for respondent.

Before Landau, Presiding Judge, and Brewer, Chief Judge, and Haselton, Judge.

PER CURIAM

Affirmed. *State v. Henson*, 226 Or App 135, 203 P3d 244 (2009).